**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROBERT KESSLER,<br><br>            Plaintiff,<br><br>        -vs-<br><br>800 NE 65th ST LLC and BOUZOUKI LLC, individually,<br><br>            Defendants. | Cause No. 2:21-cv-00630TLF<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTIONS CALENDAR:<br>August 3, 2021 |

Plaintiff, Robert Kessler, and all defendants in this case, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

            Dated this _____ day of _____, 2021.

                                                    _____
                                                    United States Magistrate Judge

        DATED this 5 August 2021.

                                        Respectfully submitted,

Joint Stipulation to Dismiss    Page | - 1 -            Enabled Law Group
                                                        P.O. Box 18953
                                                        Spokane, WA 99228
                                                        (206)-445-3961

*/s/ Derek Butz*
Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com


*/s/ George S. Treperinas*
George S. Treperinas
WSBA #15434
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206-223-1313
gtreperinas@karrtuttle.com
*Attorneys for Defendant Bouzouki LLC*


*/s/ Scott D. Johnson*
Scott D. Johnson
WSBA #22956
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, Washington 98154
Telephone: 206-292-1144
sjohnson@helsell.com
*Attorneys for Defendant 800 NE 65th ST, LLC*
